FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MAR 0 5 2008

JAMES W. McCORMACK, CLERK
By: _____
                      DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**MARTHA TAGGART**                                                                      **PLAINTIFF**

VS.                                       **CASE NO. 5:06-CV-0294 JMM**

**DELTA NATURAL KRAFT, LLC**                                             **DEFENDANT**

### PARTIES' JOINT STIPULATION AND PROTECTIVE ORDER REGARDING CONFIDENTIALITY

The Parties to this action have stipulated, through their respective counsel, to the entry of this Protective Order Regarding Confidentiality ("Protective Order").

1.

During the course of discovery, Defendant Delta Natural Kraft, LLC ("Delta") may identify and agree to produce personnel documents of certain current and former Delta employees. Such personnel documents contain confidential and personal information pertaining to individuals who are not parties to this lawsuit. Moreover, Delta may identify and agree to produce documents containing trade secrets and other confidential and proprietary information relating to the business or operations of Delta. The purpose of this Protective Order is to ensure that the documents and information relating to Delta's current and former employees and Delta's business or operations are restricted to persons involved with this litigation. Further, Plaintiff Martha Taggart ("Taggart") may identify and agree to produce certain documents which she deems to be personal and confidential, not limited to but including, her own medical and financial

records. Accordingly, the documents and information identified in this Paragraph are subject to the provisions of this Protective Order.

2.

Moreover, during the course of discovery, the Parties may request additional personal, confidential, or proprietary documentation from each other or from third parties. If any documents which will be produced during this litigation contain personal, confidential, or proprietary information, the producing Party (including any third party producing such documents) may mark the documents "CONFIDENTIAL." Any document so marked shall not be disclosed to any person except as may be permitted by this Protective Order. The designation of any document as "CONFIDENTIAL" will be made in good faith, and the Parties shall have ten (10) days after service of documents marked "CONFIDENTIAL" to challenge such designation by filing a motion with the Court.

In the event that personal, confidential or proprietary information is disclosed in response to an interrogatory, the answering party may designate the response as confidential information by conspicuously stamping the interrogatory answer with the word "CONFIDENTIAL." Parties to this action may also designate deposition testimony that reveals personal, confidential or proprietary information as confidential by advising all persons present that the party believes that the portion of the deposition in question falls under the scope of this Joint Stipulation Order.

The parties will redact social security numbers from any documents produced in the course of this litigation. However, they reserve the right to file a motion to produce with the Court should same become relevant to this litigation. The parties agree that they

shall exercise reasonable care not to disclose social security numbers or home addresses by placing them in the public record of this case.

3.

The use of any documents or information therein subject to this Protective Order shall be restricted to the following persons:

(a) The Parties to this litigation;

(b) Counsel for the Parties to this litigation, including their respective paralegals and clerical employees;

(c) Witnesses or prospective witnesses, including but not limited to persons requested by counsel to furnish technical or other expert service, to give testimony or to otherwise prepare for any deposition, hearing, trial, or any other proceeding in this action, provided such witness or prospective witness agrees to be expressly bound by the terms of this Protective Order and not disclose the documents or information therein to any party or person outside this litigation; and

(d) The Court and its personnel, including the stenographic reporters not regularly employed by the Court who are engaged by the Parties or the Court during the litigation of this case.

4.

Upon final termination of this action, whether via completion of trial and any appeal in this action and the satisfaction of any judgment, or upon the conclusion of settlement of this action, all persons subject to this Order shall return to the producing Party, upon request, all documents and information subject to this Protective Order,

including any and all copies, prints, negatives, or summaries, and including any and all copies, prints, negatives, and summaries in the possession of employees, experts, or consultants employed or retained by counsel for the Parties, except those items compromising any appellate record, trial court record, privileged communications, or attorney work product.

5.

Whenever any documents marked as "CONFIDENTIAL" are entered into the record, such documents shall be filed under seal, except when such documents are used at trial.

6.

No Party shall seek sanctions based on an application to the Court for an interpretation of confidentiality pursuant to this Protective Order. Each Party shall bear its own attorney's fees related to any such application.

SO ORDERED, this 5 day of March, 2008.

_____
THE HONORABLE JAMES M. MOODY
UNITED STATES DISTRICT JUDGE

STIPULATED TO:

/s/ Sandra Y. Harris
Sandra Y. Harris, Esq.
Martha Taggart, Plaintiff
Arkansas Bar No. 92207
Hunt & Harris Law Firm
P.O. Box 9588
320 West Harding Avenue
Pine Bluff, Arkansas 71601
Telephone:   870-534-4460
Facsimile:   870-535-4967

ATTORNEYS FOR PLAINTIFF

/s/ Mark Alan Peoples, PLC.
Mark Alan Peoples, Esq.
Delta Natural Kraft, LLC, Defendant
Arkansas Bar No. 90005
P.O. Box 25323
Little Rock, Arkansas 72221-5323
Telephone: (501) 217-9696
Facsimiles: (501) 221-0633

ATTORNEY FOR DEFENDANT