IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

MARTHA TAGGART                                                                    PLAINTIFF

V.                              CASE NO.  5:06CV0294 BSM

DELTA NATURAL KRAFT, LLC                                              DEFENDANT

## ORDER

For good cause shown, plaintiff's unopposed motion to dismiss [Doc. #45] is granted. This action is hereby dismissed in its entirety with prejudice and all remaining pending motions are denied as moot.

IT IS SO ORDERED this 4th day of September, 2008.

_____
UNITED STATES DISTRICT JUDGE